# Exhibit H

| Regenokine Program | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Royalty Report | | | | | | | | | | |
| | | | | | | | | | | |
| Period Covered: | 16-Dec | | | | | | | | | |
| Date of Report: | 5-Jan-17 | | | | | | | | | |
| Facility address: | 18 E. 48th St. NYC 10017 | | | | | | | | | |
| | | | | | | | | | | |
| Date of Invoice | Blood draw | Patient ID | Patient Initials | # of spines | # of joints | # of muscles | # of tendons | invoiced to patient | license fee | comments |
| 11/1/2016 | 355 | | | | 1 | | | 10,000 | 4,000 | |
| 12/6/2016 | 368 | ███████ | | 1 | | | | 12,500 | 5,000 | |
| | | | | | | | Total | 22,500 | 9,000 | |
| | Date/Signature | | | | | | | | | |
| | 1/9/17 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| # | Date | | | Date | Report |
|---|------|---|---|------|--------|
| 315 | 19. JUL 16 | | | 20. FEB 17 | July Report |
| 316 | 19. JUL 16 | | | 20. FEB 17 | July Report |
| 317 | 19. JUL 16 | | | 20. FEB 17 | July Report |
| 318 | 20. JUL 16 | | | 21. FEB 17 | Made payment/Sept Report |
| 319 | 02. AUG 16 | | | 03. MAR 17 | Aug Report |
| 320 | 02. AUG 16 | | | 03. MAR 17 | Aug Report |
| 321 | 03. AUG 16 | | | 04. MAR 17 | Aug Report |
| 322 | 08. AUG 16 | | | 09. MAR 17 | Aug Report |
| 323 | 08. AUG 16 | | | 09. MAR 17 | Aug Report |
| 324 | 10. AUG 16 | | | 11. MAR 17 | Aug Report |
| 325 | 11. AUG 16 | | | 12. MAR 17 | Aug Report |
| 326 | 11. AUG 16 | | | 12. MAR 17 | Aug Report |
| 327 | 02. SEPT 16 | | | 03. APR 17 | Sept Report |
| 328 | 02. SEPT 16 | | | 03. APR 17 | Sept Report |
| 329 | 06. SEPT 16 | | | 07. APR 17 | Cancelled Tx/Serum destroyed |
| 330 | 06. SEPT 16 | | | 07. APR 17 | Sept Report |
| 331 | 06. SEPT 16 | | | 07. APR 17 | Sept Report/no retained sample |
| 332 | 07. SEPT 16 | | | 08. APR 17 | Sept Report |
| 333 | 07. SEPT 16 | | | 08. APR 17 | Sept Report/no retained sample |
| 334 | 08. SEPT 16 | | | 09. APR 17 | Sept Report |
| 335 | 11. SEPT 16 | | | 12. APR 17 | Sept Report |
| 336 | 11. SEPT 16 | | | 12. APR 17 | Pro bono |
| 337 | 12. SEPT 16 | | | 13. APR 17 | Sept Report/no retained sample |
| 338 | 14. SEPT 16 | | | 15. APR 17 | Sept Report |
| 339 | 27. SEPT 16 | | | 28. APR 17 | Sept Report |
| 340 | 27. SEPT 16 | | | 28. APR 17 | Sept Report |
| 341 | 27. SEPT 16 | | | 28. APR 17 | Sept Report |
| 342 | 29. SEPT 16 | | | 30. APR 17 | Made payment/Oct Report |
| 343 | 29. SEPT 16 | | | 30. APR 17 | Made payment/Oct Report |
| 344 | 29. SEPT 16 | | | 30. APR 17 | #341 We needed more blood on him |
| 345 | 03. OCT 16 | | | 04. MAY 17 | Oct Report |
| 346 | 03. OCT 16 | | | 04. MAY 17 | Oct Report |
| 347 | 04. OCT 16 | | | 05. MAY 17 | Oct Report |
| 348 | 05. OCT 16 | | | 06. MAY 17 | Oct Report |
| 349 | 06. OCT 16 | | | 07. MAY 17 | Oct Report |
| 350 | 18. OCT 16 | | | 19. MAY 17 | Oct Report |
| 351 | 18. OCT 16 | | | 19. MAY 17 | Oct Report |
| 352 | 27. OCT 16 | | | 28. MAY 17 | Oct Report |
| 353 | 31. OCT 16 | | | 01. JUN 17 | Oct Report |
| 354 | 31. OCT 16 | | | 01. JUN 17 | Oct Report |
| 355 | 01. NOV 16 | | | 02. JUN 17 | Made payment in Dec/Dec Report |
| 356 | 01. NOV 16 | | | 02. JUN 17 | Nov Report |
| 357 | 01. NOV 16 | | | 02. JUN 17 | Nov Report |
| 358 | 14. NOV 16 | | | 15. JUN 17 | Nov Report |
| 359 | 14. NOV 16 | | | 15. JUN 17 | Nov Report |
| 360 | 15. NOV 16 | | | 16. JUN 17 | Nov Report |
| 361 | 17. NOV 16 | | | 18. JUN 17 | Nov Report |
| 362 | 21. NOV 16 | | | 22. JUN 17 | Nov Report |
| 363 | 28. NOV 16 | | | 29. JUN 17 | Nov Report |
| 364 | 28. NOV 16 | | | 29. JUN 17 | Nov Report |
| 365 | 29. NOV 16 | | | 30. JUN 17 | Nov Report |
| 366 | 29. NOV 16 | | | 30. JUN 17 | Nov Report |
| 367 | 30. NOV 16 | | | 01. JUL 17 | Nov Report |
| 368 | 06. DEC 16 | | | 07. JUL 17 | Dec Report |

1/9/17

*- Strictly Confidential -*

**Annex 4.3**
**WRITTEN CONFIRMATION**

I, **Edward Capla M.D.**, born on ████████████ resident New York, USA, hereby con-
firm that the ROYALTY REPORTS provided to the LICENSOR in the calendar year
___2016___ are all true, accurate and complete and that no further invoices for
TREATMENTS have been issued to the patients in the respective calendar year.

I further confirm that I have not disclosed the CONFIDENTIAL INFORMATION, as stipu-
lated in the AGREEMENT, to any third party (including, but not limited to, family mem-
bers) and in no other way enabled such third parties to make use of the CONFIDENTIAL
INFORMATION.

Date: ___1/10/17___

Signature: _____

Edward L. Capla, M.D.